# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JASON C. WILLIAMS,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No.: 8:21-cv-639-AAS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security Administration,**

      **Defendant.**
_____/

## <u>ORDER</u>

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 26). This request is unopposed. (*Id.* at p. 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for these reasons:

> Upon remand, the Commissioner will offer Plaintiff a new hearing, take any other administration action deemed necessary, and issue a new decision.

The Clerk of the Court is directed to enter judgment in favor of the plaintiff and close the file.

**ORDERED** in Tampa, Florida on January 21, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge